ANDREA T. MARTINEZ, United States Attorney (9313)
BRADY WILSON, Assistant United States Attorney (17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265
brady.wilson@usdoj.gov

FILED US District Court-UT
APR 27 '22 PM12:36

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | Count I: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute (>400 grams); |
| vs. | |
| MAURO HERRERA, | Count II: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute. |
| Defendant. | |
| | Case: 4:22-cr-00044 Assigned To : Nuffer, David Assign. Date : 4/27/2022 |

The Grand Jury charges:

COUNT I
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about March 27, 2022, in the District of Utah,

**MAURO HERRERA,**

defendant herein, did knowingly and intentionally possess with intent to distribute four

hundred (400) grams or more of a mixture or substance containing a detectable amount of

N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide ("Fentanyl"), a Schedule

II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

COUNT II
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about March 27, 2022, in the District of Utah,

**MAURO HERRERA,**

defendant herein, did knowingly and intentionally possess with intent to distribute Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

_____
BRADY WILSON
Assistant United States Attorney

2